**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7326**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RONNIE LEE NEELY,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert J. Conrad, Jr., District Judge.  (3:10-cr-00086-RJC-DSC-1)

Submitted:  November 19, 2020                          Decided:  November 24, 2020

Before WILKINSON, KING, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ronnie Lee Neely, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnie Lee Neely appeals the district court's order denying as untimely his Fed. R. Crim. P. 33 motion for a new trial. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Neely's informal brief does not challenge the dispositive basis for the district court's denial, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*